| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKittrick, Peter C. | 2. Court or Organization<br><br>United States Bankruptcy Court, District of Oregon | 3. Date of Report<br><br>01/02/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1001 SW 5th Avenue
Suite 700
Portland OR
97204

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 - Revocable Living Trust |
| 2. | Co-Trustee | Trust #2 - Revocable Living Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Collection of Chapter 7 Trustee Commissions | $49,114.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwest Bankruptcy Institute | 04/16 | Seattle, WA | NWBI Annual conference, member planning committed and speaker and attendee | Registration fee, hotel, travel and dinner |
| 2. | NCBJ | 10/16 | San Francisco, CA | NCBJ National conference - attended business meetings and participated as a speaker | Lodging at conference |
| 3. | Oregon State Bar | 09/16 | Hood River, OR | Educational Seminar for Oregon practitioners - speaker and planning committee member | Registration fee, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

| 4. | NACBA | 05/16 | San Francisco, CA | National Consumer Bankruptcy Seminar - participated on judges panel | Registration, airfare, hotel, transportation. |
|---|---|---|---|---|---|
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mileage Plus Credit Card - revolving credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (Rollover IRA)(H) | | | | | | | | | |
| 2. -Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | K | T | | | | | |
| 3. -ABB (Common) | A | Dividend | J | T | | | | | |
| 4. -AAPL (Common) | A | Dividend | J | T | Buy (add'l) | 01/07/16 | J | | |
| 5. - T (Common) | A | Dividend | | | Sold | 11/25/16 | J | C | |
| 6. -BMO (Common) | A | Dividend | J | T | | | | | |
| 7. -BMY (Common) | A | Dividend | K | T | | | | | |
| 8. -CVX (Common) | A | Dividend | J | T | | | | | |
| 9. -CSCO (Common) | A | Dividend | K | T | | | | | |
| 10. -COP (Common) | A | Dividend | J | T | | | | | |
| 11. -GPC (Common) | A | Dividend | J | T | | | | | |
| 12. -GILD (Common) | A | Dividend | J | T | Buy (add'l) | 04/29/16 | J | | |
| 13. -GSK (Commn) | A | Dividend | J | T | | | | | |
| 14. -GOOG (Common) -Alphabet Inc Cl A | | None | J | T | | | | | |
| 15. -GOOGL (Common) - Alaphabet Inc Cl C | | None | J | T | | | | | |
| 16. - GRC (Common) | A | Dividend | J | T | | | | | |
| 17. - INTC (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IBM (Common) | A | Dividend | K | T | | | | | |
| 19. - LMNR (Common) | A | Dividend | J | T | Buy (add'l) | 03/23/16 | J | | |
| 20. - MAT (Common) | A | Dividend | J | T | | | | | |
| 21. - MRK (Common) | A | Dividend | J | T | | | | | |
| 22. - MSFT (Common) | A | Dividend | K | T | | | | | |
| 23. - NSRGY (Common) | A | Dividend | J | T | | | | | |
| 24. - PSO (Common) | A | Dividend | J | T | | | | | |
| 25. - PG (Common) | A | Dividend | J | T | | | | | |
| 26. - PLD (Common) | A | Dividend | J | T | | | | | |
| 27. - QCOM (Common) | A | Dividend | J | T | | | | | |
| 28. - SGMO (Common) | | None | | | Sold | 08/15/16 | J | A | |
| 29. - SGEN (Common) | | None | K | T | | | | | |
| 30. - TOT (Common) | A | Dividend | J | T | | | | | |
| 31. - UPS (Common) | A | Dividend | J | T | | | | | |
| 32. - VLO (Common) | A | Dividend | J | T | | | | | |
| 33. - VEOEY (Common) | A | Dividend | J | T | | | | | |
| 34. - VZ (Common) | A | Dividend | | | Sold | 11/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - VGK - Vanguard FTSE Europe EFT | A | Dividend | J | T | | | | | |
| 36. - VFH - Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 37. - VWO - Vanguard FTSE Emerging Markets Mutual Fund | A | Dividend | J | T | | | | | |
| 38. - VBR - Vanguard Sm Cap Value ETF | A | Dividend | J | T | | | | | |
| 39. - Illinois St Genl Oblig Build America Bond 4.7% Matures 3/1/16 | A | Interest | | | Redeemed | 03/01/16 | J | A | |
| 40. - Chicago Ill Brd Ed Ser-E Build America Bond | | None | | | Sold | 01/19/16 | J | A | |
| 41. - Chicago Ill Genl Oblig-B Build America Bond | A | Interest | J | T | | | | | |
| 42. - Burbank Calif Wtr & Pwr Rev Ser-B Build America Bond | A | Interest | J | T | | | | | |
| 43. - Pitney Bowes Inc Bond 4.750% Matures 5/15/18 | A | Interest | J | T | | | | | |
| 44. - Hewlett-Packard Co Bond | A | Interest | K | T | | | | | |
| 45. - Baxter Intl Inc Bond | A | Interest | J | T | | | | | |
| 46. - Burlington North Santa Fe Corp Bond | A | Interest | J | T | | | | | |
| 47. - Teva Pharmaceut Fin BV Bond | A | Interest | J | T | | | | | |
| 48. - Goldman Sachs Group Inc Bond | A | Interest | J | T | | | | | |
| 49. - Wells Fargo & Co Bond | A | Interest | J | T | | | | | |
| 50. - Verizon Communications Bond | A | Interest | J | T | | | | | |
| 51. - JPMorgan Chase & Co Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Fed Natl Mtg Assn Step | A | Interest | | | Redeemed | 09/28/16 | J | A | |
| 53. - RF (Common) | A | Dividend | J | T | | | | | |
| 54. Illinois St Genl Oblig Build America Bond 5.363% Matures 2/1/19 | A | Interest | J | T | | | | | |
| 55. - Ebay Inc Corporate Bond | A | Interest | J | T | | | | | |
| 56. - Pitney Bowes Inc Corporate Bond 4.625% Matures 3/15/24 | A | Interest | J | T | | | | | |
| 57. - PDCO (Common) | A | Dividend | J | T | Buy | 03/11/16 | J | | |
| 58. - CMD (Common) | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 59. - FSLR (Common) | | None | J | T | Buy | 05/09/16 | J | | |
| 60. - FSLR (Common) | | None | | | Buy (add'l) | 08/04/16 | J | | |
| 61. - FSLR (Common) | | None | | | Buy (add'l) | 09/21/16 | J | | |
| 62. - NVO (Common) | | None | J | T | Buy | 10/28/16 | J | | |
| 63. Brokerage #2 (Trust #1) (H) | | | | | | | | | |
| 64. - Fidelity Investments Core Account | A | Interest | J | T | | | | | |
| 65. Brokerage #3 (Trust #1)(H) | | | | | | | | | |
| 66. -AIG (Common) | | None | | | Sold | 03/09/16 | J | A | |
| 67. - JNJ (Common) | A | Dividend | K | T | Buy (add'l) | 12/05/16 | J | | |
| 68. - NNBR (Common) | A | Dividend | J | T | Sold (part) | 03/19/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - NNBR (Common) | | | | | Sold (part) | 08/22/16 | J | C | |
| 70. - OCAT (Common) | | None | | | Sold | 02/10/16 | J | | |
| 71. - RDN (Common) | A | Dividend | J | T | Sold (part) | 01/11/16 | J | C | |
| 72. - RDN (Common) | | | | | Sold (part) | 02/09/16 | J | C | |
| 73. - KKUR (Common) | | None | | | Merged (with line 157) | 03/11/16 | J | | |
| 74. - Fidelity Cash Reserves (FDRXX) | A | Dividend | M | T | | | | | |
| 75. - Fidelity Investments Core Account (Cash) | A | Interest | N | T | | | | | |
| 76. - MMTOF (Common) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 77. - ROSG (Common) | | None | J | T | Buy | 01/11/16 | J | | |
| 78. - ROSG (Common) | | | | | Buy (add'l) | 03/09/16 | J | | |
| 79. - ROSG (Common) | | | | | Buy (add'l) | 11/30/16 | J | | |
| 80. - NMM (Common) | | None | J | T | Buy | 01/25/16 | J | | |
| 81. - AAPL (Common) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 82. - CSCO (Common) | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 83. - FCX (Common) | | None | J | T | Buy | 01/11/16 | J | | |
| 84. - GBSND (Common) | | None | J | T | Buy | 02/04/16 | J | | |
| 85. - GBSND (Common) | | | | | Buy (add'l) | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - GBSND (Common) | | | | | Buy (add'l) | 02/19/16 | J | | |
| 87. - GBSND (Common) | | | | | Buy (add'l) | 03/23/16 | J | | |
| 88. - GBSND (Common) | | | | | Buy (add'l) | 03/24/16 | J | | |
| 89. - GBSND (Common) | | | | | Buy (add'l) | 04/05/16 | J | | |
| 90. - GBSND (Common) | | | | | Buy (add'l) | 08/04/16 | J | | |
| 91. - GBSND (Common) | | | | | Buy (add'l) | 10/19/16 | J | | |
| 92. - GBSND (Common) | | | | | Buy (add'l) | 10/26/16 | J | | |
| 93. - GBSND (Common) | | | | | Buy (add'l) | 11/22/16 | J | | |
| 94. - GBSND (Common) | | | | | Buy (add'l) | 11/30/16 | J | | |
| 95. - LMAT (Common) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 96. - TROV (Common) | | None | J | T | Buy | 01/11/16 | J | | |
| 97. - TROV (Common) | | | | | Buy (add'l) | 01/21/16 | J | | |
| 98. - TROV (Common) | | | | | Buy (add'l) | 01/25/16 | J | | |
| 99. - Freeseas Inc (Common) (Symbol unknown) | | None | | | Buy | 01/21/16 | J | | |
| 100. - Freeseas Inc (Common) (Symbol unknown) | | | | | Buy (add'l) | 03/09/16 | J | | |
| 101. - Freeseas Inc (Common) (Symbol unknown) | | | | | Buy (add'l) | 04/05/16 | J | | |
| 102. - Freeseas Inc (Common) (Symbol unknown) | | | | | Sold | 08/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. M.C. McKittrick Family LLC (H) | | | | | | | | | |
| 104. - Rental Property #1, Sacramento, CA | G | Distribution | | | Sold | 07/15/16 | N | G | Unknown |
| 105. -Rental Property #2, Detroit, Michigan (formerly Rental Property #3) | | None | K | W | | | | | |
| 106. Brokerage #4 (H) | | | | | | | | | |
| 107. - Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | J | T | | | | | |
| 108. - CVX (Common) | A | Dividend | J | T | | | | | |
| 109. - CSCO (Common) | A | Dividend | J | T | | | | | |
| 110. - MSFT (Common) | A | Dividend | J | T | | | | | |
| 111. - MSI (Common) | A | Dividend | J | T | | | | | |
| 112. - WMT (Common) | A | Dividend | J | T | | | | | |
| 113. - American Funds - Growth Fund of America A | A | Dividend | J | T | | | | | |
| 114. - American Funds - Smallcap World Fund A | A | Dividend | J | T | | | | | |
| 115. - American Funds - Washington Mutual Investor Fund A | A | Dividend | J | T | | | | | |
| 116. Oregon College Savings Plan #1 - Age Based Portfolio 18 and Over | | None | K | T | | | | | |
| 117. Oregon College Savings Plan #2 - Age Based Portfolio 18 and Over | | None | K | T | | | | | |
| 118. Brokerage #5 (H) | | | | | | | | | |
| 119. -Charles Schwab Cash Holding Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Brokerage #6 (H) | | | | | | | | | |
| 121.  Apex Wintrust Bank - SKOK, Insured Bank Deposit Program (Y) | | | | | | | | | |
| 122.  - SLV - IShares Silver Trust | | None | J | T | | | | | |
| 123.  - NNBR (Common) | A | Dividend | J | T | | | | | |
| 124.  - RDN (Common) | | None | | | Sold | 10/19/16 | J | | |
| 125.  - FCAU (Common) | | None | | | Sold | 08/15/16 | J | | |
| 126.  - Fidelity Value Mutual Fund | A | Dividend | J | T | | | | | |
| 127.  - WTI (Common) | | None | | | Buy | 06/29/16 | J | | |
| 128.  - WTI (Common) | | None | | | Sold | 12/01/16 | J | A | |
| 129.  - Proshares Ultra Gold ETF (UGL) | | None | J | T | Buy | 12/30/16 | J | | |
| 130.  Brokerage #7 (Trust #3 - residual beneficiary trust)(H) | | | | | | | | | |
| 131.  - Schwab Money Market Fund | | None | K | T | | | | | |
| 132.  - Cash - Charles Schwab Cash Account | | None | J | T | | | | | |
| 133.  - Vanguard High Yield Tax Exempt Bond Fund | | None | K | T | | | | | |
| 134.  - Vanguard Interm Term Tax Exempt Bond Fund | | None | K | T | | | | | |
| 135.  -Vanguard Long Term Tax Exempt Bond Fund | | None | K | T | | | | | |
| 136.  - Vanguard LTD Term Tax Exempt Bond Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Vanguard Intl Growth Fund | | None | K | T | | | | | |
| 138.  - Vanguard Small Cap Index Fund | | None | L | T | | | | | |
| 139.  - Vanguard Total Intl Stk Index Fund | | None | L | T | | | | | |
| 140.  - Vanguard Total Stock Mtk Index Fund | | None | L | T | | | | | |
| 141.  - Vanguard 500 Index Fund | | None | L | T | | | | | |
| 142.  - Vanguard FTSE Emerging Markets ETF | | None | J | T | | | | | |
| 143.  - Vanguard Total Stock Market ETF | | None | L | T | | | | | |
| 144.  Brokerage #8 (IRA) (H) | | | | | | | | | |
| 145.  - Wedbush Cash Holding Account | A | Interest | L | T | | | | | |
| 146.  - FDX (Common) | A | Dividend | K | T | | | | | |
| 147.  Brokerage #9 (IRA) (H) | | | | | | | | | |
| 148.  - Wedbush Cash Holding Account | A | Interest | O | T | | | | | |
| 149.  Hawksbeard Ventures LLC (H) | | | | | | | | | |
| 150.  - Rental Property, Black Butte Ranch, OR | | None | M | W | | | | | |
| 151.  American General Life Insurance Co Variable Life VIP Index 500 (CSV) | A | Int./Div. | K | T | | | | | |
| 152.  Bank of America Account - Checking | A | Interest | J | T | | | | | |
| 153.  Note - Farleigh Wada Witt (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. McKittrick Inc - shareholder interest (Y) | | | | | | | | | |
| 155. Keybank Account - Checking (Y) | | | | | | | | | |
| 156. Stancorp Financial Stock - SFG (Common) | | None | | | Sold | 03/09/16 | J | D | |
| 157. Brokerage #10 (Trust #1) (H) (Y) | | | | | | | | | |
| 158. Brokerage #6 - T (Common) | | None | | | Sold | 05/17/16 | J | A | |
| 159. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Positions
Trust #2 has no reportable assets.

Part III Non-Investment Income
Collection of Chapter 7 Trustee Fees - these were commisson received from former Chapter 7 Trustee cases and are reported on Schedule C on my personal income tax return.

Part VII Investments & Trusts
Line 35 - Reported on prior year report as "VGK (Common)"
Line 36 - Reported on prior year report as "VFH (Common)"
Line 37 - Reported on prior year report as "VWO (Common)"
Line 38 - Reported on prior year report as "VBR (Common)"
Line 70 - OCAT (Common) sold at a loss
Line 73 - KKUR (Common) - value of security is at or near $0. Security transferred to Brokerage #10 (Trust #1).
Line 153 - Note - Farleigh Wada Witt - this note receivable was paid off in the prior year. No balance remaining coming into 2016.
Line 154 - McKittrick Inc - business interest dissolved in 2015. See part I of 2015 FDR.
Line 155 - Keybank Checking Account - Account value below reporting threshold.
Line 157 - Brokerage #10 (Trust #1) - Value of assets is below reporting threshold.
Line 158 - Reported on prior year report in Part VII, Line 99 (2015 Amended Report)

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 01/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Peter C. McKittrick

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544